UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK HOTEL TRADES
COUNCIL AND HOTEL ASSOCIATION OF NEW YORK
CITY, INC. HEALTH BENEFITS FUND, PENSION
FUND, LEGAL FUND, SCHOLARSHIP FUND, AND
INDUSTRY TRAINING FUND,

                            Petitioner,

       -v-

LUXURBAN HOTELS INC. *d/b/a* The Washington by
LuxUrban,

                            Respondent.

25 Civ. 7345 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      On September 4, 2025, petitioner Trustees of the New York Hotel Trades Council and Hotel Association of New York City, Inc. Health Benefits Fund, Pension Fund, Legal Fund, Scholarship Fund, and Industry Training Fund filed a petition to confirm an arbitral award. Dkt. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, the Court sets the following briefing schedule:

- September 29, 2025: Petitioner's memorandum of law in support of its petition due
- October 14, 2025: Respondent's opposition due.
- October 21, 2025: Petitioner's reply, if any, due.

      Petitioner is to serve this order, as well as its petition and papers in support, on respondent forthwith and file proof of this service, on the docket of this case, no later than September 15, 2025.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: September 8, 2025
       New York, New York