**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK HOTEL
TRADES COUNCIL AND HOTEL
ASSOCIATION OF NEW YORK CITY, INC.
HEAL TH BENEFITS FUND, PENSION FUND,
LEGAL FUND, SCHOLARSHIP FUND, AND
INDUSTRY TRAINING FUND,

|  |  |
|---|---|
| Petitioners, | 25 **CIVIL** 7345 (PAE) |
| -against- | **JUDGMENT** |

LUXURBAN HOTELS INC. d/b/a The Washington
by Lux Urban,

Respondent.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated December 2, 2025, the Court has confirmed the

Award in favor of the Funds and has issued judgment in the amount of $1,260,703.23, plus

prejudgment interest of 9% from the date of the Award-October 8, 2024-through the date of this

judgment, in the amount of $130,560.50, plus post-judgment interest; accordingly, the case is

closed.

**Dated**: New York, New York
            December 2, 2025

                                                        **TAMMI M. HELLWIG**
                                                        _____
                                                                **Clerk of Court**

                                        **BY:**            K. Mango
                                                        _____
                                                                **Deputy Clerk**